**FILED**
CLERK, U.S. DISTRICT COURT

**03/02/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>DAMON ISIAH MOORE,<br>MIGUEL ANGEL AVILA,<br>  aka "Papi," and<br>JESSE AMILCAR NAVA,<br><br>            Defendants. | ED CR No. 5:22-cr-00062-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(g)(1), (g)(9): Prohibited Person in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(a)(1)(A)]

[DEFENDANT MOORE]

Beginning on an unknown date, but no later than on or about September 14, 2021, and continuing through at least on or about November 4, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant DAMON ISIAH MOORE, not being licensed as an importer, manufacturer, or dealer in firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, including firearms

of unknown manufacturer and bearing no legitimate manufacturer's mark or serial number (commonly referred to as "ghost guns" and "privately made" firearms), on or about the following dates:

| Date | Firearms |
|------|----------|
| September 14, 2021 | (1) A Glock, Model 17, 9mm pistol, bearing serial number WMY440; and<br><br>(2) An AR-15-type, .223 caliber rifle, bearing no legitimate manufacturer's mark or serial number |
| September 23, 2021 | (1) A Smith & Wesson, Model M&P9, 9mm pistol, bearing serial number HVE4232;<br><br>(2) An HS Produkt, Model XDS-9, 9mm pistol, bearing serial number BY463799;<br><br>(3) A Rohg Industries, Model Black Viper, AR-15-type, .223 caliber pistol, bearing no serial number; and<br><br>(4) A Sig Sauer, Model P365, 9mm pistol, bearing serial number 66B550377 |
| October 14, 2021 | (1) Two AR-15-type, .223 caliber pistols, bearing no legitimate manufacturer's mark or serial number; and<br><br>(2) Two Polymer 80, 9mm pistols, bearing no serial number |
| November 4, 2021 | (1) Two Polymer 80, 9mm pistols, bearing no serial number;<br><br>(2) An HS Produkt, Model XD-9, 9mm pistol, bearing serial number GM851991; and<br><br>(3) A Walther, Model PDP, 9mm pistol, bearing serial number FDF3401 |

COUNT TWO

[18 U.S.C. § 922(g)(1)]

[DEFENDANT MOORE]

On or about September 14, 2021, in Riverside County, within the Central District of California, defendant DAMON ISIAH MOORE knowingly possessed a firearm, namely, a Glock, Model 17, 9mm pistol, bearing serial number WMY440, in and affecting interstate and foreign commerce.

Defendant MOORE possessed such firearm knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of Heroin for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number PA091652, on or about March 13, 2019.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT MOORE]

On or about September 23, 2021, in Riverside County, within the Central District of California, defendant DAMON ISIAH MOORE knowingly possessed a firearm, namely, a Smith & Wesson, Model M&P9, 9mm pistol, bearing serial number HVE4232, in and affecting interstate and foreign commerce:

Defendant MOORE possessed such firearm knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of Heroin for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number PA091652, on or about March 13, 2019.

COUNT FOUR

[18 U.S.C. §§ 922(g)(1), (9)]

[DEFENDANT AVILA]

On or about September 23, 2021, in Riverside County, within the Central District of California, defendant MIGUEL ANGEL AVILA, also known as "Papi," knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1.    An HS Produkt, Model XDS-9, 9mm pistol, bearing serial number BY463799;

2.    A Sig Sauer, Model P365, 9mm pistol, bearing serial number 66B550377; and

3.    An HS Produkt, Model XD-9, 9mm pistol, bearing serial number GM851991.

Defendant AVILA possessed such firearms knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Domestic Battery, in violation of California Penal Code Section 243(e)(1), in the Superior Court of the State of California, County of Los Angeles, case number 9EM06850, on or about December 3, 2019.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS MOORE and NAVA]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendants DAMON ISIAH MOORE and JESSE AMILCAR NAVA, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 53 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MOORE]

On or about November 4, 2021, in Riverside County, within the Central District of California, defendant DAMON ISIAH MOORE knowingly and intentionally distributed at least 50 grams, that is, approximately 108.53 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT MOORE]

On or about November 4, 2021, in Riverside County, within the Central District of California, defendant DAMON ISIAH MOORE knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1.   An HS Produkt, Model XD-9, 9mm pistol, bearing serial number GM851991; and

2.   A Walther, Model PDP, 9mm pistol, bearing serial number FDF3401.

Defendant MOORE possessed such firearms knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of Heroin for Sale, in violation of California Health and Safety Code Section

//

//

//

11351, in the Superior Court of the State of California, County of
Los Angeles, case number PA091652, on or about March 13, 2019.


A TRUE BILL

/S/
_____
Foreperson


TRACY L. WILKISON
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Branch Chief, Riverside
Branch Office